**Laveida JONES, Plaintiff–Appellant**

v.

**RANDOLPH COUNTY, ARKANSAS; David Jansen, in his official capacity; Randy Patterson, in his individual capacity; Stacy Ingram, in her official capacity as Randolph County Food Plan Administrator, Defendants–Appellees.**

No. 15–2963.

United States Court of Appeals, Eighth Circuit.

Submitted: March 22, 2016.

Filed: March 24, 2016.

Anthony Bryce Brewer, Bryce Brewer Law Firm, North Little Rock, AR, James Monroe Scurlock, Wallace & Martin, Little Rock, AR, for Plaintiff–Appellant.

Jason E. Owens, Geoffrey Thompson, Rainwater & Holt, Little Rock, AR, for Defendant–Appellee.

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

PER CURIAM.

Arkansas resident Laveida Jones filed this civil rights action against current and former county officials, claiming they retaliated against her and violated her due process and equal protection rights. The district court[1] granted defendants' motion for summary judgment, and Jones appeals. Following careful de novo review, we agree with the district court that there is no genuine dispute as to any material fact, and that defendants are entitled to judgment as a matter of law. *See* Fed.R.Civ.P. 56(a) (summary judgment proper when there is no genuine dispute as to any material fact and movant is entitled to judgment as matter of law); *Holt v. Howard,* 806 F.3d 1129, 1132 (8th Cir.2015) (grant of summary judgment is reviewed de novo, viewing facts in light most favorable to nonmoving party and giving that party benefit of all reasonable inferences that can be drawn from record).

The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.